UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNIE DAVIES, individually and on behalf of
all others similar situated,

                Plaintiff,    :          ORDER

       -against-    :          20-CV-351 (PGG)(KNF)

LEADDOG MARKETING GROUP and CSM
SPORT AND ENTERTAINMENT, INC.,

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held with counsel to the respective parties on July 28, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before January 28, 2021;

2. a telephonic status conference will be held with the parties on December 16, 2020, at 10:00 a.m. The parties shall use dial in number (888) 557-8511 and enter access code 4862532;

3. the last date to amend pleadings will be September 14, 2020; and

4. the last date to join additional parties will be September 14, 2020.

Dated: New York, New York          SO ORDERED:
       July 28, 2020

                                                               _____
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE