UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANNIE DAVIES, individually and on behalf of
all others similarly situated,

                       Plaintiff,

             - against -                              **ORDER**

LEADDOG MARKETING GROUP and
CSM SPORTS AND ENTERTAIMENT, INC.,          20- CV- 351 (PGG) (KNF)

                    Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephone conference scheduled for December 16, 2020, at 10:00 a.m. will be held on the same date at 5:30 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

      Please be advised that a court reporter will attend the conference via telephone.

Dated: New York, New York                SO ORDERED:
       November 5, 2020

                                                          _Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE