UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIE DAVIES, individually and on behalf of all others similarly situated, | |
| Plaintiff, | **ORDER** |
| -v- | 20 Civ. 351 (PGG) |
| LEADDOG MARKETING GROUP and CSM SPORT & ENTERTAINMENT LLP, | |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **December 22, 2020**;

2. Plaintiff's opposition is due on **January 12, 2021**; and

3. Defendants' reply, if any, is due on **January 19, 2021**.

Dated: New York, New York
        December 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge