UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNIE DAVIES, individually and on behalf of       :
all others similar situated,                                       :
                                                                            :
                          Plaintiff,          :          ORDER
                                                                            :
              -against-                             :          20-CV-351 (PGG)(KNF)
                                                                            :
LEADDOG MARKETING GROUP and CSM        :
SPORT AND ENTERTAINMENT, INC.,              :
                                                                            :
                        Defendants.       :
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The telephonic conference scheduled previously for December 16, 2020, is cancelled.

Dated:  New York, New York        SO ORDERED:
              December 16, 2020

                                                                 _____
                                                                 KEVIN NATHANIEL FOX
                                                                 UNITED STATES MAGISTRATE JUDGE